UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Katherine Godfrey, et al.
                              Plaintiff,
v.                                              Case No.: 1:12−cv−08601
                                                Honorable Sara L. Ellis
City Of Chicago
                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 18, 2014:

    MINUTE entry before the Honorable Maria Valdez: The Court grants Plaintiffs' Motion for Preliminary Approval of Class Action Settlement [164]. Order to follow. Final approval hearing set for 3/26/15 at 11:00am in Courtroom 1041. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.