IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GODFREY, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> CITY OF CHICAGO, <br><br> *Defendant*. | Case No. 12 C 8601 <br><br> Magistrate Judge Maria Valdez |

**JOINT AGREED MOTION FOR CONFIRMATION
OF ENTRY OF PRELIMINARY APPROVAL**

Plaintiffs, Kimberly Bailey, Mildred Brown, Lynette Collins, Lonetta A Curtis, Evelyn Davis, Monica Dently, Katherine Godfrey, Laura Henry, Carla Lloyd, Lynette Moore, Gail Morris, Erica D. Sanders, Gwen Stevenson, Tamala Watkins, Yolanda Webb, Danita Williams, Sheila Williams, Letreona Woods and Defendant, the City of Chicago, by and through their undersigned counsel, move for confirmation of the entry of preliminary approval of settlement. (Dkt. No. 168.) In support of this Motion, the parties state as follows:

1. On December 15, 2014, the parties filed a form of Joint Consent to Exercise the Jurisdiction of United States Magistrate Judge Maria Valdez, pursuant to Local Rule 72.1 and 28 U.S.C. § 636(c). (Dkt. No. 163.)

2. Thereafter, on December 18, 2014, Magistrate Judge Valdez entered the following docket entry: "MINUTE entry before the Honorable Maria Valdez: The Court grants Plaintiffs' Motion for Preliminary Approval of Class Action Settlement [164]. Order to follow. Final approval hearing set for 3/26/15 at 11:00 a.m. in Courtroom 1041." (Dkt. No. 167.) The following day, Magistrate Judge Valdez entered a Preliminary Approval Order of the Class Action Settlement. (Dkt. No. 168.)

3. However, United States District Court Judge Sara Ellis did not enter an order expressly reassigning the case to Magistrate Judge Valdez until December 23, 2014. (Dkt. No. 171.) Prior to the reassignment, the case was on referral to Magistrate Judge Valdez for the purpose of holding proceedings related to discovery scheduling, discovery supervision and settlement conference[s]. (Dkt. No. 63.)

4. Because the entry of preliminary approval of the settlement was entered prior the district court referring the case in its entirety to Magistrate Judge Valdez, the parties request an order confirming the entry of the preliminary approval entered on December 19, 2014 and the related minute entry. (Dkt. Nos. 167, 168.)

5. The parties request this technical confirmation only to ensure strict compliance with the Local Rules and the rules governing jurisdiction by a magistrate judge, 28 U.S.C. § 636. The parties do not seek any substantive modification to any rulings by the Magistrate Judge or the Preliminary Approval Order.

WHEREFORE, the parties respectfully pray that this Court grant their Motion and enter an order confirming entry of the preliminary approval of class action settlement, following the referral and designation of jurisdiction with Magistrate Judge Valdez, and grant such other and further relief as the Court deems just.

Dated:  January 7, 2015                                   Respectfully Submitted:


By:  Marni Willenson                                      By: Heather A. Jackson
Attorney for Plaintiffs and the                           Attorney for Defendant
Settlement Class

Susan P. Malone                                           Allan T. Slagel (#6198470)
smalonelaw@sbcglobal.net                                  aslagel@taftlaw.com
20 N. Clark Street, Suite 1725                            Heather A. Jackson (#6243164)
Chicago, IL 60602                                         hjackson@taftlaw.com
(312) 726-2638                                            Brian Weinthal (#6304488)
                                                          bweinthal@taftlaw.com
Marni Willenson                                           Rachel L. Schaller (#6306921)
marni@willensonlaw.com                                    rschaller@taftlaw.com
Willenson Law, LLC                                        TAFT STETTINIUS & HOLLISTER LLP
542 S. Dearborn Street, Suite 610                         111 East Wacker Drive, #2800
Chicago, IL 60605                                         Chicago, Illinois 60601
(312) 546-4910                                            Telephone:     (312) 527-4000
                                                          Facsimile:     (312) 527-4011
David Borgen
dborgen@gbdhlegal.com
Goldstein, Borgen, Dardarian & Ho
300 Lakeside Drive, #1000
Oakland, California 94612-3536