Katherine Godfrey, et al.
                        Plaintiff,

v.                                           Case No.: 1:12–cv–08601
                                                     Honorable Maria Valdez

City Of Chicago
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 9, 2015:

      MINUTE entry before the Honorable Maria Valdez: The parties' Joint Agreed Motion for Confirmation of Entry of Preliminary Approval [173] is granted. The Court grants Plaintiffs' Motion for Preliminary Approval of Class Action Settlement [164]. Motion hearing set for 1/13/15 is stricken. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.